## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-12871-DRC |
| | § | |
| FREDERICK J. MROZ | § | |
| DORA L. MROZ | § | |
| | § | |
| | § | |
| Debtors | § | |

### TRUSTEE'S FINAL REPORT

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/30/2012. The undersigned trustee was appointed on 03/30/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $5,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $39.67 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | | |
   | Leaving a balance on hand of[1] | $4,960.33 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was <u>10/24/2012</u> and the deadline for filing government claims was <u>10/24/2012</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$1,250.00</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,250.00</u>, for a total compensation of <u>$1,250.00</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>12/27/2012</u>                              By:    <u>/s/ David E. Grochocinski</u>
                                                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No.: | 12-12871-DRC |
| Case Name: | MROZ, FREDERICK J. AND MROZ, DORA L. |
| For the Period Ending: | 12/27/2012 |

Trustee Name: David E. Grochocinski

Page No: 1

| Date Filed (f) or Converted (c): | 03/30/2012 (f) |
| §341(a) Meeting Date: | 06/13/2012 |
| Claims Bar Date: | 10/24/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate located 681 High Ridge Road, Roselle, IL 60172 | $130,600.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on Hand | $5.00 | $0.00 | | $0.00 | FA |
| 3 | Checking account with Charter One | $100.00 | $0.00 | | $0.00 | FA |
| 4 | Savings account with Charter One | $800.00 | $0.00 | | $0.00 | FA |
| 5 | Checking Account with U.S. Bank | $40.00 | $0.00 | | $0.00 | FA |
| 6 | Miscellaneous used household goods and furnishings | $300.00 | $0.00 | | $0.00 | FA |
| 7 | Books, Pictures, and CD's | $75.00 | $0.00 | | $0.00 | FA |
| 8 | Wearing Apparel | $1,500.00 | $0.00 | | $0.00 | FA |
| 9 | Miscellaneous Costume Jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 10 | Term Life Insurance policy through employer - (No cash surrender value) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Scottrade - Shares of Stock - Trade Account - . | $9,128.54 | $2,548.54 | | $5,000.00 | FA |
| 12 | Estimated 2011 tax refund of $1800.00 was received prio to fling and spent on ordinary and necessary living expenses. | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Automobile - 2000 Chevrolet Impala - Sedan 4D - paid in full - 170k in miles | $2,100.00 | $0.00 | | $0.00 | FA |
| 14 | Automobile - 2010 Hyundai Accent - Sedan 4D GLS - Debtor is Current/Reaffirm - Full Coverage Auto Insurance | $10,475.00 | $0.00 | | $0.00 | FA |
| | TOTALS (Excluding unknown value) | $155,223.54 | $2,548.54 | | $5,000.00 | Gross Value of Remaining Assets |
| | | | | | | $0.00 |

$0.00

**Major Activities affecting case closing:**
Stock interest in Scottrade account
ACCOUNTANT TO BE HIRED TO CHECK ON TAX CONSEQUENCE

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:   2

Exhibit A

Case No.: 12-12871-DRC
Case Name: MROZ, FREDERICK J. AND MROZ, DORA L.
For the Period Ending: 12/27/2012

Trustee Name: David E. Grochocinski
Date Filed (f) or Converted (c): 03/30/2012 (f)
§341(a) Meeting Date: 06/13/2012
Claims Bar Date: 10/24/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   10/24/2012      Current Projected Date Of Final Report (TFR):   06/30/2013       /s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

Exhibit B

Page No: 1

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 12-12871-DRC
Case Name: MROZ, FREDERICK J. AND MROZ, DORA L.
Primary Taxpayer ID #: ******1820
Co-Debtor Taxpayer ID #: ******1821
For Period Beginning: 3/30/2012
For Period Ending: 12/27/2012

Trustee Name: David E. Grochocinski
Bank Name: Green Bank
Checking Acct #: ******7101
Account Title:
Blanket bond (per case limit): $5,000,000.00
Separate bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/02/2012 | (11) | FREDERICK MROZ | LIQUIDATION OF STOCK | 1129-000 | $5,000.00 | | $5,000.00 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.54 | $4,992.46 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.83 | $4,983.63 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.00 | $4,976.63 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.03 | $4,968.60 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.27 | $4,960.33 |

| | | | |
|---|---|---|---|
| TOTALS: | | $5,000.00 | $39.67 | $4,960.33 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| Subtotal | | $5,000.00 | $39.67 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $5,000.00 | $39.67 | |

For the period of 3/30/2012 to 12/27/2012

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 07/02/2012 to 12/27/2012

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 12-12871-DRC |
|---|---|
| Case Name: | MROZ, FREDERICK J. AND MROZ, DORA L. |
| Primary Taxpayer ID #: | *******1820 |
| Co-Debtor Taxpayer ID #: | *******1821 |
| For Period Beginning: | 3/30/2012 |
| For Period Ending: | 12/27/2012 |

| Trustee Name: | David E. Grochocinski |
|---|---|
| Bank Name: | Green Bank |
| Checking Acct #: | *******7101 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,000.00 | $39.67 | $4,960.33 |

**For the period of 3/30/2012 to 12/27/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/30/2012 to 12/27/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

# CLAIM ANALYSIS REPORT

Page No: 1

Exhibit C

Case No.: 12-12871-DRC
Case Name: MROZ, FREDERICK J. AND MROZ, DORA L.
Claims Bar Date: 10/24/2012

Trustee Name: David E. Grochocinski
Date: 12/27/2012

| Claim No. | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60462 | 12/21/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,250.00 | $1,250.00 | $0.00 | $0.00 | $0.00 | $1,250.00 |
| | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60462 | 12/21/2012 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $(1.20) | $(1.20) | $0.00 | $0.00 | $0.00 | $0.00 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 12/27/2012 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $34.10 | $34.10 | $34.10 | $0.00 | $0.00 | $0.00 | $34.10 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 12/27/2012 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $892.50 | $892.50 | $892.50 | $0.00 | $0.00 | $0.00 | $892.50 |
| 1 | CITIBANK N.A. c/o Citibank (South Dakota), N.A. ATTN: Claims Dept. MC 2135 701 E 60th Street North Sioux Falls SD 57117 | 08/07/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,374.16 | $1,374.16 | $0.00 | $0.00 | $0.00 | $1,374.16 |
| 2 | CERASTES, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE WA 98121 | 08/11/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,667.11 | $2,667.11 | $0.00 | $0.00 | $0.00 | $2,667.11 |
| 3 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 282721083 | 08/18/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,554.55 | $2,554.55 | $0.00 | $0.00 | $0.00 | $2,554.55 |

Claim Notes: (1-1) student loans

Exhibit C

Page No: 2

**CLAIM ANALYSIS REPORT**

Case No.: 12-12871-DBC
Case Name: MROZ, FREDERICK J. AND MROZ, DORA L.
Claims Bar Date:

Trustee Name: David E. Grochocinski
Date: 12/27/2012

| Claim No. | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | CAPITAL ONE, N.A. PO Box 71083 Charlotte NC 282721083 | 08/18/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,220.83 | $2,220.83 | $0.00 | $0.00 | $0.00 | $2,220.83 |
| 5 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 282721083 | 08/18/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,460.66 | $2,460.66 | $0.00 | $0.00 | $0.00 | $2,460.66 |
| 6 | CREDIT FIRST NA Po Box 818011 Cleveland OH 44181 | 08/22/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,129.02 | $1,129.02 | $0.00 | $0.00 | $0.00 | $1,129.02 |
| 7 | FYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 08/28/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,755.91 | $3,755.91 | $0.00 | $0.00 | $0.00 | $3,755.91 |
| 8 | SALLIE MAE c/o Salie Mae Inc. 220 Lasley Ave. Barre PA 18706 | 09/07/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,902.90 | $6,902.90 | $0.00 | $0.00 | $0.00 | $6,902.90 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC c/o Us Bank POB 41067 Norfolk VA 23541 | 09/20/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,320.46 | $6,320.46 | $0.00 | $0.00 | $0.00 | $6,320.46 |
| 10 | CITIBANK, N.A. c/o American InfoSource LP PO Box 248840 Oklahoma City OK 731248840 | 10/11/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,473.40 | $3,473.40 | $0.00 | $0.00 | $0.00 | $3,473.40 |

Exhibit C

**CLAIM ANALYSIS REPORT**

Page No.: 3

| Case No. | 12-12871-DRC |
| Case Name: | MROZ, FREDERICK J. AND MROZ, DORA L. |
| Claims Bar Date: | 10/24/2012 |

Trustee Name:
Date:

David E. Grochocinski
12/27/2012

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | CAPITAL ONE, N.A.<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 193550701 | 10/22/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $661.91 | $661.91 | $0.00 | $0.00 | $0.00 | $661.91 |
| | | | | | | | $35,696.31 | $35,696.31 | $0.00 | $0.00 | $0.00 | $35,697.51 |

Claim Notes:   (11-1) CREDIT CARD DEBT

Exhibit C

CLAIM ANALYSIS REPORT

Page No: 4

| | | Trustee Name: | David E. Grochocinski |
| Case No. | 12-12871-DRC | Date: | 12/27/2012 |
| Case Name: | MROZ, FREDERICK J. AND MROZ, DORA L. | | |
| Claims Bar Date: | 10/24/2012 | | |

## CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $34.10 | $34.10 | $0.00 | $0.00 | $0.00 | $34.10 |
| Attorney for Trustee Fees (Trustee Firm) | $892.50 | $892.50 | $0.00 | $0.00 | $0.00 | $892.50 |
| General Unsecured § 726(a)(2) | $33,520.91 | $33,520.91 | $0.00 | $0.00 | $0.00 | $33,520.91 |
| Trustee Compensation | $1,250.00 | $1,250.00 | $0.00 | $0.00 | $0.00 | $1,250.00 |
| Trustee Expenses | ($1.20) | ($1.20) | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit D

### TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      12-12871-DRC
Case Name:     FREDERICK J. MROZ
               DORA L. MROZ
Trustee Name:  David E. Grochocinski

Balance on hand: _____ $4,960.33

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: _____ $0.00
Remaining balance: _____ $4,960.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| David E. Grochocinski, Trustee Fees | $1,250.00 | $0.00 | $1,250.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $892.50 | $0.00 | $892.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $34.10 | $0.00 | $34.10 |

Total to be paid for chapter 7 administrative expenses: _____ $2,176.60
Remaining balance: _____ $2,783.73

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: _____ $0.00
Remaining balance: _____ $2,783.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: _____ $0.00
Remaining balance: _____ $2,783.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $33,520.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Citibank N.A. | $1,374.16 | $0.00 | $114.11 |
| 2 | CERASTES, LLC | $2,667.11 | $0.00 | $221.49 |
| 3 | Capital One Bank (USA), N.A. | $2,554.55 | $0.00 | $212.14 |
| 4 | Capital One, N.A. | $2,220.83 | $0.00 | $184.43 |
| 5 | Capital One Bank (USA), N.A. | $2,460.66 | $0.00 | $204.34 |
| 6 | Credit First NA | $1,129.02 | $0.00 | $93.76 |
| 7 | PYOD, LLC its successors and assigns as assignee | $3,755.91 | $0.00 | $311.91 |
| 8 | Sallie Mae | $6,902.90 | $0.00 | $573.25 |
| 9 | Portfolio Recovery Associates, LLC | $6,320.46 | $0.00 | $524.88 |
| 10 | Citibank, N.A. | $3,473.40 | $0.00 | $288.45 |
| 11 | Capital One, N.A. | $661.91 | $0.00 | $54.97 |

Total to be paid to timely general unsecured claims: $2,783.73
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Frederick J. Mroz
681 High Ridge Road
Roselle, IL 60172
SSN: xxx–xx–7175 EIN: N.A.

Dora L. Mroz
681 High Ridge Road
Roselle, IL 60172
SSN: xxx–xx–2719 EIN: N.A.

Case No. : 12–12871

Chapter :   7

Judge :   Donald R Cassling

---

Debtor's Attorney:
Joseph P Doyle
Law Office of Joseph P Doyle
105 S Roselle Road
Suite 203
Schaumburg, IL 60193

847–985–1100

Trustee:
David E Grochocinski
InnovaLaw, PC
1900 Ravinia Place
Orland Park, IL 60462

708–675–1975

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above–named debtor(s) on **March 30, 2012** .

1. **October 24, 2012** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. **October 24, 2012** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non–Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: July 25, 2012

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

Case 12-12871   Doc 22   Filed 07/25/12   Entered 07/28/12 00:38:30   Desc Imaged
Certificate of Notice   Page 2 of 3

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-12871-DRC
Frederick J. Mroz                                                   Chapter 7
Dora L. Mroz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan        Page 1 of 2        Date Rcvd: Jul 25, 2012
                             Form ID: ntcftfc7       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2012.
db/jdb      +Frederick J. Mroz,   Dora L. Mroz,   681 High Ridge Road,   Roselle, IL 60172-1407
18705665    +Gecrb/Paypal Smart Con,   Po Box 981064,   El Paso, TX 79998-1064
18705666    +Harris & Harris Ltd,   222 Merchandise Mart Plz,   Chicago, IL 60654-1103
18705671    +Student Loan Corp,   701 E 60th St N,   Sioux Falls, SD 57104-0432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18705658    +EDI: CHASE.COM Jul 26 2012 02:28:00      BP,   P.O. Box 15325,   Wilmington, DE 19850-5325
18705657    +EDI: TSYS2.COM Jul 26 2012 02:28:00      Barclays Bank Delaware,   125 S West St,
             Wilmington, DE 19801-5014
18705659     EDI: CAPITALONE.COM Jul 26 2012 02:28:00      Cap One,   Po Box 85520,   Richmond, VA 23285
18705660    +EDI: CAPITALONE.COM Jul 26 2012 02:28:00      Cap One Na,   Po Box 26625,
             Richmond, VA 23261-6625
18705662    +EDI: CHASE.COM Jul 26 2012 02:28:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18705661    +EDI: CAUT.COM Jul 26 2012 02:28:00      Chase,   Po Box 901076,   Ft Worth, TX 76101-2076
18705663    +EDI: CITICORP.COM Jul 26 2012 02:28:00      Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
18705664    +EDI: CRFRSTNA.COM Jul 26 2012 02:28:00      Credit First N A,   6275 Eastland Rd,
             Brookpark, OH 44142-1399
18705667    +EDI: HFC.COM Jul 26 2012 02:28:00      Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
18705668    +EDI: CBSKOHLS.COM Jul 26 2012 02:28:00      Kohls/Capone,   N56 W 17000 Ridgewood Dr,
             Menomonee Falls, WI 53051-7096
18705669    +EDI: SALMAESERVICING.COM Jul 26 2012 02:28:00      Sallie Mae,   Po Box 9500,
             Wilkes Barre, PA 18773-9500
18705670    +EDI: SEARS.COM Jul 26 2012 02:28:00      Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
18728816     EDI: USBANKARS.COM Jul 26 2012 02:28:00      U.S. Bank,   P.O. Box 790408,
             Saint Louis, MO 63179-0408
18705672    +EDI: USBANKARS.COM Jul 26 2012 02:28:00      Us Bank Home Mortgage,   4801 Frederica St,
             Owensboro, KY 42301-7441
                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Alan Horewitch
aty         Scott Horewitch Pidgeon & Abrams LLC
                                                                  TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2012                        Signature: _____

District/off: 0752-1          User: esullivan          Page 2 of 2          Date Rcvd: Jul 25, 2012
                             Form ID: ntcftfc7         Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2012 at the address(es) listed below:
          David E Grochocinski   on behalf of Trustee David Grochocinski lawyers@innovalaw.com,
          lawyers@innovalaw.com
          David E Grochocinski   dgrochocinski@innovalaw.com,  deg@trustesolutions.net
          Joseph P Doyle   on behalf of Debtor Frederick Mroz joe@fightbills.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                          TOTAL: 4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )        BK No.:   12-12871
Frederick and Dora Mroz                   )
                                          )
                                          )        Chapter: 7
                                          )        Honorable Donald R. Cassling
                                          )
                                          )        DuPage
                    Debtor(s)             )

## ORDER APPROVING SETTLEMENT

The motion of David E. Grochocinski, Trustee, to approve the proposed settlement between the
Estate and the Debtors, due notice having been given to all parties in interest, and the Court having been
informed of the factors supporting the proposed settlement, is Granted.
 IT IS HEREBY ORDERED that:
1. The Trustee, David E. Grochocinski, is authorized to accept and the Debtors, Frederick and Dora
Mroz, shall pay, the sum of $5,000.00 to the Estate on or before the date of entry of this Order, in full
satisfaction of the Estate's interest in the Scottrade Account.
2. Any and all tax obligations that may result from this transaction shall be the paid by the Debtors.
3. Court retains jurisdiction to enforce Settlement Agreement

Enter:     _Donald R. Cassling_

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  November 30, 2012

**Prepared by:**

Ariane Holtschlag
InnovaLaw, P.C.
1900 Ravinia Place
Orland Park IL  60462
p. 708-675-1975
f. 708-675-1786
e. lawyers@innovalaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| FREDERICK J. MROZ | ) | |
| DORA L. MROZ | ) | Case No. 12 B 12871 |
| | ) | |
| | ) | Hon. Donald R. Cassling |
| Debtors | ) | Bankruptcy Judge |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

NOW COMES DAVID E. GROCHOCINSKI, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,250.00 as compensation, $0.00 of which has previously been paid, and ($1.20) for reimbursement of expenses, $0.00 of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $5,000.00.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first 5,000 | $1,250.00 | ($1250.00 max.) |
| 10% of next 45,000 | $0.00 | ($4500.00 max.) |
| 5% of next 950,000 | $0.00 | ($47,500.00 max.) |
| 3% of balance | $0.00 | |

| | |
|---|---|
| TOTAL COMPENSATION ALLOWED | $1,250.00 |
| TOTAL COMPENSATION REQUESTED | $1,250.00 |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                          ($1.20)

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.   No payments have previously been made or promised in any capacity in connection with the above case.

Dated:      12/27/2012                     /s/David E. Grochocinski
                                           David E. Grochocinski, Trustee
                                           1900 Ravinia Place
                                           Orland Park, IL 60462

**TIME AND BILLING**

**TIME REPORT**

| | |
|---|---|
| **Case No.:** | 12-12871-DRC |
| **Case Name:** | MROZ, FREDERICK J. AND MROZ, DORA L. |
| **Start Date:** | 3/30/2012 |
| **End Date:** | 12/21/2012 |

**Trustee Name**

David E. Grochocinski

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| **Firm Name: David E. Grochocinski** | | | | | | |
| **Professional: David E. Grochocinski** | | | | | | |
| | $400.00 | 0.30 | $120.00 | 0.30 | $120.00 | Billable |
| 06/10/2012: Review os schedules and SOFA in Advance of 341 Meeting | | | | | | |
| | $400.00 | 0.20 | $80.00 | 0.20 | $80.00 | Billable |
| 06/13/2012: Conduct 341 Meeting | | | | | | |
| | $400.00 | 0.20 | $80.00 | 0.20 | $80.00 | Billable |
| 06/15/2012: Withdraw No Asset Report | | | | | | |
| | $400.00 | 0.30 | $120.00 | 0.30 | $120.00 | Billable |
| 07/31/2012: Conduct 341 Meeting | | | | | | |
| Confirm stock sale by Debtor ond Buy Out of Trustee interest | | | | | | |
| | $400.00 | 0.40 | $160.00 | 0.40 | $160.00 | Billable |
| 11/05/2012: Review application to approve settlement of Debtor's interest in Scottrade -Shares of Stock-Trade Account | | | | | | |
| | $400.00 | 1.20 | $480.00 | 1.20 | $480.00 | Billable |
| 12/08/2012: Review Claim docket and claims | | | | | | |
| | $400.00 | 1.50 | $600.00 | 1.50 | $600.00 | Billable |
| 12/16/2012: Prepare Final Report | | | | | | |
| David E. Grochocinski billable hours = 4.10 hours @ $400.00 totalling $1,640.00 | | | | | | |
| **Project Category  Total:** | | **4.10** | | | **$1,640.00** | |

David E. Grochocinski billable hours = 4.10 hours totalling $1,640.00

| | | | | | | |
|---|---|---|---|---|---|---|
| **Firm Name David E. Grochocinski Total:** | | **4.10** | | | **$1,640.00** | |
| **TOTALS:** | | **4.10** | **$1,640.00** | **4.10** | **$1,640.00** | |

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE  DISTRICT OF
### DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| FREDERICK J. MROZ | CASE NO.  12-12871-DRC |
| DORA L. MROZ | |
| | JUDGE Donald R. Cassling |
| Debtor(s) | |

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:  InnovaLaw PC

Authorized to Provide
Professional Services to:  David E. Grochocinski

Date of Order Authorizing Employment:  7/13/2012

Period for Which
Compensation is sought:  6/26/2012 – 11/30/2012

Amount of Fees sought: $892.50

Amount of Expense
Reimbursement sought: $34.10

This is an:                    Interim Application _____          Final Application  x

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses

incurred herein is:                                                    0.00

Date:  December 27,2012                    By: David E. Groochocinski
                                                            Applicant

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE  NORTHERN DISTSRICT OF ILLINOIS
EASTERN  DIVISION**

IN RE:

FREDERICK J. MROZ
DORA L. MROZ

            Debtor(s)

CHAPTER 7 CASE

CASE NO. 12-12871-DRC

JUDGE Donald R. Cassling

<u>**APPLICATION OF TRUSTEE'S COUNSEL FOR COMPENSATION**</u>

To: The Honorable Donald R. Cassling , Bankruptcy Judge

Innovalaw, counsel for the Trustee, pursuant to 11 U.S.C. Section 330 and Federal Rule of Bankruptcy Procedure 2016, submits this Application for compensation and reimbursement of expenses and represents to the Court as follows:

1.     An Order for Relief under Chapter 7 was entered on March 30, 2012.  This Court on 7/13/2012 authorized the employment of Applicant to serve as counsel for the Trustee.  Counsel has received $0.00 in previous awarded compensation and reimbursement of expenses.

2.     Applicant requests $ 892.50 in compensation for 4.7 hours of service performed for the period 6/26/2012 through 11/30/2012.  A description of the nature of the services rendered by the Applicant is as follows:  Applicant represented the Trustee in general administrative matters of the estate including preparing motions to employ professionals and approve settlement, and appearing on motions to employ and on entry of settlement.  In all Applicant represented the Trustee for approximately 4.7 hours in these areas.

3.     Attached as Exhibit "A" is an itemized statement of the legal services rendered.  The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

4.     The time expected and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|----------|-------|-------------|-------|
| AH | 4.7 | 300.00 | $570 |
| DEG | .3 | 450.00 | $135 |
| Paralegal | | | |
| GC | 2.5 | 75.00 | $187.50 |

TOTAL: $892.50

5. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

6. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $892.50 and reimbursement of actual and necessary expenses of $34.10 for legal services rendered in this case.

Dated: December 27, 2012          RESPECTFULLY SUBMITTED,

By:/s/David E. Grochocinski
    DAVID GROCHOCINSKI, TRUSTEE
    1900 RAVINIA PLACE
    ORLAND PARK, IL 60462
    Telephone Number: (708)-675-1975

InnovaLaw, PC
1900 Ravinia Place Orland Park, IL 60462

Invoice submitted to:
Mroz, Fredericklinnovalaw

December 05, 2012

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| *6/26/2012* | *GC* | Prepare motion to employ counsel. File and serve motion | 1.20 75.00/hr | 90.00 |
| | GC | Prepare motion to employ accountant. Email motion | 1.30 75.00/hr | 97.50 |
| 7/13/2012 | AH | Appear on motion to employ attorney & accountant | .40 300.00/hr | 120.00 |
| 11/5/2012 | AH | Draft motion to approve settlement as well as notice of Motion, notice of hearing, order, serice list and prepared exhibits | 1.50 300.00/hr | 450.00 |
| 11/30/2012 | DEG | Appear on motion for entry of settlement and order | .30 450.00/hr | 135.00 |

|  | Total: | $892.50 |
|---|---|---|



innova**law** PC
1900 Ravinia Place, Orland Park, IL 60462

CASE: 12-12871
MROZ, FREDERICK & DORA

## Costs:

| 6/26/2012 | Motion to employ attorneys & accountants | copies  20 x .10 | $2.00 |
| | | Postage  8 x .65 | 5.20 |
| | | 12 x .85 | 10.20 |
| 11/05/2012 | Motion to settle | copies  10 x .41 | 4.10 |
| | | Postage 28 x .45 | 12.60 |

TOTAL                                                                    $34.10

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-12871 |
| Frederick J. Mroz and Dora L. Mroz | ) | |
| | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | DuPage |
| Debtor(s) | ) | |

## ORDER AUTHORIZING TRUSTEE TO RETAIN ATTORNEYS

THIS CAUSE coming on to be heard on the application of David E. Grochocinski, Trustee, to employ attorneys, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that the Trustee is authorized to employ David E. Grochocinski, Kathleen McGuire, Ariane Holtschlag, and InnovaLaw, P.C., as his attorneys in this case, effective June 15, 2012, with compensation for said attorneys to be determined by the Court upon further application.

Enter:   _Donald R. Cassling_

Dated:   **1 3 JUL 2012**

United States Bankruptcy Judge

**Prepared by:**
David E. Grochocinski
InnovaLaw, P.C.
1900 Ravinia Place
Orland Park IL  60462
Phone: (708) 675-1975
Fax:  (708) 675-1786
Email: lawyers@innovalaw.com

Rev: 20120209_bko

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-12871-DRC |
| | § | |
| FREDERICK J. MROZ | § | |
| DORA L. MROZ | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  on  __/__/____, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   12/27/2012            By:   /s/ David E. Grochocinski
                                              (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | Case No. 12-12871-DRC |
|  | § |  |
| FREDERICK J. MROZ | § |  |
| DORA L. MROZ | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      <u>$5,000.00</u>
*and approved disbursements of*      <u>$39.67</u>
*leaving a balance on hand of[1]:*      <u>$4,960.33</u>

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      <u>$0.00</u>
Remaining balance:      <u>$4,960.33</u>

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $1,250.00 | $0.00 | $1,250.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $892.50 | $0.00 | $892.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $34.10 | $0.00 | $34.10 |

Total to be paid for chapter 7 administrative expenses:      <u>$2,176.60</u>
Remaining balance:      <u>$2,783.73</u>

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:      <u>$0.00</u>

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Remaining balance:      $2,783.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:      $0.00
Remaining balance:      $2,783.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $33,520.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Citibank N.A. | $1,374.16 | $0.00 | $114.11 |
| 2 | CERASTES, LLC | $2,667.11 | $0.00 | $221.49 |
| 3 | Capital One Bank (USA), N.A. | $2,554.55 | $0.00 | $212.14 |
| 4 | Capital One, N.A. | $2,220.83 | $0.00 | $184.43 |
| 5 | Capital One Bank (USA), N.A. | $2,460.66 | $0.00 | $204.34 |
| 6 | Credit First NA | $1,129.02 | $0.00 | $93.76 |
| 7 | PYOD, LLC its successors and assigns as assignee | $3,755.91 | $0.00 | $311.91 |
| 8 | Sallie Mae | $6,902.90 | $0.00 | $573.25 |
| 9 | Portfolio Recovery Associates, LLC | $6,320.46 | $0.00 | $524.88 |
| 10 | Citibank, N.A. | $3,473.40 | $0.00 | $288.45 |
| 11 | Capital One, N.A. | $661.91 | $0.00 | $54.97 |

Total to be paid to timely general unsecured claims:      $2,783.73
Remaining balance:      $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David E. Grochocinski
                          Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| FREDERICK J. MROZ | ) | |
| DORA L. MROZ | ) | Case No. 12 B 12871 |
| | ) | |
| | ) | Hon. Donald R. Cassling |
| Debtors | ) | Bankruptcy Judge |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $1,250.00 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $1,250.00 |
| 3. | Chapter 11 Trustee's compensation | $0.00 |
| 4. | Chapter 11 Trustee's expenses | $0.00 |
| | TOTAL | $0.00 |

IT IS FUTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                               $892.50

   b. Expenses                                   $34.10

      c. Chapter 11 Compensation                        $0.00

      d. Chapter 11 Expenses                           $0.00

2.      Accountant for the Trustee
      a. Compensation                                 $0.00

      b. Expenses                                     $0.00

      c. Chapter 11 Compensation                        $0.00

      d. Chapter 11 Expenses                           $0.00

3.      Other Professionals

                          TOTAL                      $926.60

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 27th day of December, 2012

                ENTERED:

                            _____
                            DONALD R. CASSLING
                            UNITED STATES BANKRUPTCY JUDGE