**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 12-12871-DRC
§
FREDERICK J. MROZ §
DORA L. MROZ §
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 A.M. on 03/08/2013, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/30/2013          By:  /s/ David E. Grochocinski
                                        (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 12-12871-DRC
§
FREDERICK J. MROZ §
DORA L. MROZ §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,000.00
*and approved disbursements of* $39.67
*leaving a balance on hand of[1]:* $4,960.33

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,960.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $1,250.00 | $0.00 | $1,250.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $892.50 | $0.00 | $892.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $34.10 | $0.00 | $34.10 |

Total to be paid for chapter 7 administrative expenses: $2,176.60
Remaining balance: $2,783.73

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

|  | Remaining balance: | $2,783.73 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $2,783.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $33,520.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Citibank N.A. | $1,374.16 | $0.00 | $114.11 |
| 2 | CERASTES, LLC | $2,667.11 | $0.00 | $221.49 |
| 3 | Capital One Bank (USA), N.A. | $2,554.55 | $0.00 | $212.14 |
| 4 | Capital One, N.A. | $2,220.83 | $0.00 | $184.43 |
| 5 | Capital One Bank (USA), N.A. | $2,460.66 | $0.00 | $204.34 |
| 6 | Credit First NA | $1,129.02 | $0.00 | $93.76 |
| 7 | PYOD, LLC its successors and assigns as assignee | $3,755.91 | $0.00 | $311.91 |
| 8 | Sallie Mae | $6,902.90 | $0.00 | $573.25 |
| 9 | Portfolio Recovery Associates, LLC | $6,320.46 | $0.00 | $524.88 |
| 10 | Citibank, N.A. | $3,473.40 | $0.00 | $288.45 |
| 11 | Capital One, N.A. | $661.91 | $0.00 | $54.97 |

|  | Total to be paid to timely general unsecured claims: | $2,783.73 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Frederick J. Mroz  
Dora L. Mroz  
    Debtors

Case No. 12-12871-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dwilliams     Page 1 of 3     Date Rcvd: Feb 01, 2013  
                          Form ID: pdf006     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2013.

```
db/jdb      +Frederick J. Mroz,    Dora L. Mroz,    681 High Ridge Road,    Roselle, IL 60172-1407
18705658    +BP,    P.O. Box 15325,    Wilmington, DE 19850-5325
18705657    +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
18705659   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
18705660    +Cap One Na,    Po Box 26625,    Richmond, VA 23261-6625
19330808     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
19592060     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19330809     Capital One, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
18705662    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18705663    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19285642    +Citibank N.A.,    c/o Citibank (South Dakota), N.A.,    ATTN: Claims Dept. MC 2135,
             701 E 60th Street North,    Sioux Falls, SD 57104-0432
18705664    +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
19344307    +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
18705666    +Harris & Harris Ltd,    222 Merchandise Mart Plz,    Chicago, IL 60654-1103
18705667    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
19463321   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Us Bank,    POB 41067,
             Norfolk VA 23541)
18705670    +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
18705671    +Student Loan Corp,    701 E 60th St N,    Sioux Falls, SD 57104-0432
18728816   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,    P.O. Box 790408,    Saint Louis, MO 63179-0408)
18705672    +Us Bank Home Mortgage,    4801 Frederica St,    Owensboro, KY 42301-7441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19304549    +E-mail/Text: bncmail@w-legal.com Feb 02 2013 02:14:16      CERASTES, LLC,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
18705661    +E-mail/Text: bk.notifications@jpmchase.com Feb 02 2013 02:07:44      Chase,    Po Box 901076,
             Ft Worth, TX 76101-2076
19556296     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 02 2013 02:26:18      Citibank, N.A.,
             c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
18705665    +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2013 02:23:16      Gecrb/Paypal Smart Con,
             Po Box 981064,    El Paso, TX 79998-1064
18705668    +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 02 2013 02:07:24      Kohls/Capone,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19367237    +E-mail/Text: resurgentbknotifications@resurgent.com Feb 02 2013 02:06:55
             PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
18705669    +E-mail/PDF: pa_dc_claims@salliemae.com Feb 02 2013 02:22:03      Sallie Mae,    Po Box 9500,
             Wilkes Barre, PA 18773-9500
19412058    +E-mail/PDF: pa_dc_claims@salliemae.com Feb 02 2013 02:26:15      Sallie Mae,    c/o Salie Mae Inc.,
             220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                               TOTAL: 8
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty          Alan Horewitch
aty          Scott Horewitch Pidgeon & Abrams LLC
                                                                                               TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dwilliams              Page 2 of 3            Date Rcvd: Feb 01, 2013
                              Form ID: pdf006             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2013**              **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: dwilliams              Page 3 of 3                  Date Rcvd: Feb 01, 2013
                               Form ID: pdf006              Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2013 at the address(es) listed below:

```
          Ariane  Holtschlag    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
          Joseph P Doyle    on behalf of Debtor Frederick J. Mroz joe@fightbills.com
          Joseph P Doyle    on behalf of Joint Debtor Dora L. Mroz joe@fightbills.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```