UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-12871-DRC |
| | § | |
| FREDERICK J. MROZ | § | |
| DORA L. MROZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $8,075.00 | Assets Exempt: | $44,300.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,783.73 | Claims Discharged Without Payment: | $67,453.18 |
| Total Expenses of Administration: | $2,216.27 | | |

3)   Total gross receipts of $5,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $186,861.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,216.27 | $2,216.27 | $2,216.27 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $36,716.00 | $33,520.91 | $33,520.91 | $2,783.73 |
| **Total Disbursements** | $223,577.00 | $35,737.18 | $35,737.18 | $5,000.00 |

4). This case was originally filed under chapter 7 on 03/30/2012. The case was pending for -1346 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2013        By:   /s/ David E. Grochocinski
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Scottrade - Shares of Stock - Trade Account - . | 1129-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | 4110-000 | $7,743.00 | NA | $0.00 | $0.00 |
| | Us Bank Home Mortgage | 4110-000 | $179,118.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$186,861.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| Green Bank | 2600-000 | NA | $39.67 | $39.67 | $39.67 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $892.50 | $892.50 | $892.50 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $34.10 | $34.10 | $34.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$2,216.27** | **$2,216.27** | **$2,216.27** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citibank N.A. | 7100-000 | NA | $1,374.16 | $1,374.16 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  | Claimant | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|---|
|  | CLERK, U.S. BANKRUPTCY COURT (Claim No. 1; Citibank N.A.) | 7100-001 | $0.00 | $0.00 | $0.00 | $114.11 |
| 2 | CERASTES, LLC | 7100-000 | NA | $2,667.11 | $2,667.11 | $221.49 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | NA | $2,554.55 | $2,554.55 | $212.14 |
| 4 | Capital One, N.A. | 7100-000 | NA | $2,220.83 | $2,220.83 | $184.43 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | NA | $2,460.66 | $2,460.66 | $204.34 |
| 6 | Credit First NA | 7100-000 | NA | $1,129.02 | $1,129.02 | $93.76 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | NA | $3,755.91 | $3,755.91 | $311.91 |
| 8 | Sallie Mae | 7100-000 | NA | $6,902.90 | $6,902.90 | $573.25 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | NA | $6,320.46 | $6,320.46 | $524.88 |
| 10 | Citibank, N.A. | 7100-000 | NA | $3,473.40 | $3,473.40 | $288.45 |
| 11 | Capital One, N.A. | 7100-000 | NA | $661.91 | $661.91 | $54.97 |
|  | Barclays Bank Delaware | 7100-000 | $2,671.00 | NA | NA | $0.00 |
|  | BP | 7100-000 | $830.00 | NA | NA | $0.00 |
|  | Cap One | 7100-000 | $2,554.00 | NA | NA | $0.00 |
|  | Cap One | 7100-000 | $2,460.00 | NA | NA | $0.00 |
|  | Cap One Na | 7100-000 | $2,291.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $1,173.00 | NA | NA | $0.00 |
|  | Citi | 7100-000 | $3,860.00 | NA | NA | $0.00 |
|  | Citi | 7100-000 | $3,570.00 | NA | NA | $0.00 |
|  | Credit First N A | 7100-000 | $1,129.00 | NA | NA | $0.00 |
|  | Gecrb/Paypal Smart Con | 7100-000 | $1,585.00 | NA | NA | $0.00 |
|  | Harris & Harris Ltd | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Hsbc Bank | 7100-000 | $2,264.00 | NA | NA | $0.00 |
|  | Hsbc Bank | 7100-000 | $1,958.00 | NA | NA | $0.00 |
|  | Hsbc Bank | 7100-000 | $846.00 | NA | NA | $0.00 |
|  | Kohls/Capone | 7100-000 | $656.00 | NA | NA | $0.00 |
|  | Sallie Mae | 7100-000 | $7,012.00 | NA | NA | $0.00 |
|  | Sears/Cbna | 7100-000 | $127.00 | NA | NA | $0.00 |
|  | Student Loan Corp | 7100-000 | $1,730.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $36,716.00 | $33,520.91 | $33,520.91 | $2,783.73 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 12-12871-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | MROZ, FREDERICK J. AND MROZ, DORA L. | Date Filed (f) or Converted (c): | 03/30/2012 (f) |
| For the Period Ending: | 7/11/2013 | §341(a) Meeting Date: | 06/13/2012 |
| | | Claims Bar Date: | 10/24/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real estate located 681 High Ridge Road, Roselle, IL 60172 | $130,600.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on Hand | $5.00 | $0.00 | | $0.00 | FA |
| 3 | Checking account with Charter One | $100.00 | $0.00 | | $0.00 | FA |
| 4 | Savings account with Charter One | $800.00 | $0.00 | | $0.00 | FA |
| 5 | Checking Account with U.S. Bank | $40.00 | $0.00 | | $0.00 | FA |
| 6 | Miscellaneous used household goods and furnishings | $300.00 | $0.00 | | $0.00 | FA |
| 7 | Books, Pictures, and CD's | $75.00 | $0.00 | | $0.00 | FA |
| 8 | Wearing Apparel | $1,500.00 | $0.00 | | $0.00 | FA |
| 9 | Miscellaneous Costume Jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 10 | Term Life Insurance policy through employer - (No cash surrender value) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Scottrade - Shares of Stock - Trade Account - . | $9,128.54 | $2,548.54 | | $5,000.00 | FA |
| 12 | Estimated 2011 tax refund of $1800.00 was received prio to fling and spent on ordinary and necessary living expenses. | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Automobile - 2000 Chevrolet Impala - Sedan 4D - paid in full - 170k in miles | $2,100.00 | $0.00 | | $0.00 | FA |
| 14 | Automobile - 2010 Hyundai Accent - Sedan 4D GLS - Debtor is Current/Reaffirm - Full Coverage Auto Insurance | $10,475.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** | | $155,223.54 | $2,548.54 | | $5,000.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
Stock interest in Scottrade account
ACCOUNTANT TO BE HIRED TO CHECK ON TAX CONSEQUENCE

Case 12-12871   Doc 43   Filed 08/15/13   Entered 08/15/13 14:06:40   Desc Main
Document      Page 7 of 10

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2        Exhibit 8

| **Case No.:** | 12-12871-DRC | | | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | MROZ, FREDERICK J. AND MROZ, DORA L. | | | **Date Filed (f) or Converted (c):** | 03/30/2012 (f) |
| **For the Period Ending:** | 7/11/2013 | | | **§341(a) Meeting Date:** | 06/13/2012 |
| | | | | **Claims Bar Date:** | 10/24/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   10/24/2012        **Current Projected Date Of Final Report (TFR):**   06/30/2013        /s/ DAVID E. GROCHOCINSKI
                                                                                                                                                DAVID E. GROCHOCINSKI

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 12-12871-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | MROZ, FREDERICK J. AND MROZ, DORA L. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1820 | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | ******1821 | Account Title: | |
| For Period Beginning: | 3/30/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/02/2012 | (11) | FREDERICK MROZ | LIQUIDATION OF STOCK | 1129-000 | $5,000.00 | | $5,000.00 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.54 | $4,992.46 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.83 | $4,983.63 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.00 | $4,976.63 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.03 | $4,968.60 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.27 | $4,960.33 |
| 03/11/2013 | 3001 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $1,250.00 | $3,710.33 |
| 03/11/2013 | 3002 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $892.50 | $2,817.83 |
| 03/11/2013 | 3003 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $34.10 | $2,783.73 |
| 03/11/2013 | 3004 | Citibank N.A. | Distribution on Claim #: 1; | 7100-000 | | $114.11 | $2,669.62 |
| 03/11/2013 | 3005 | CERASTES, LLC | Distribution on Claim #: 2; | 7100-000 | | $221.49 | $2,448.13 |
| 03/11/2013 | 3006 | Capital One Bank (USA), N.A. | Distribution on Claim #: 3; | 7100-000 | | $212.14 | $2,235.99 |
| 03/11/2013 | 3007 | Capital One, N.A. | Distribution on Claim #: 4; | 7100-000 | | $184.43 | $2,051.56 |
| 03/11/2013 | 3008 | Capital One Bank (USA), N.A. | Distribution on Claim #: 5; | 7100-000 | | $204.34 | $1,847.22 |
| 03/11/2013 | 3009 | Credit First NA | Distribution on Claim #: 6; | 7100-000 | | $93.76 | $1,753.46 |
| 03/11/2013 | 3010 | PYOD, LLC its successors and assigns as assignee | Distribution on Claim #: 7; | 7100-000 | | $311.91 | $1,441.55 |
| 03/11/2013 | 3011 | Sallie Mae | Distribution on Claim #: 8; | 7100-000 | | $573.25 | $868.30 |
| 03/11/2013 | 3012 | Portfolio Recovery Associates, LLC | Distribution on Claim #: 9; | 7100-000 | | $524.88 | $343.42 |
| 03/11/2013 | 3013 | Citibank, N.A. | Distribution on Claim #: 10; | 7100-000 | | $288.45 | $54.97 |
| 03/11/2013 | 3014 | Capital One, N.A. | Distribution on Claim #: 11; | 7100-000 | | $54.97 | $0.00 |
| 04/22/2013 | 3004 | VOID: Citibank N.A. | | 7100-003 | | ($114.11) | $114.11 |
| 05/31/2013 | 3015 | CLERK, U.S. BANKRUPTCY COURT | unclaimed funds 12-12871 | 7100-001 | | $114.11 | $0.00 |

**SUBTOTALS**   $5,000.00   $5,000.00

Page No: 2     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| **Case No.** | 12-12871-DRC | **Trustee Name:** | David E. Grochocinski |
|---|---|---|---|
| **Case Name:** | MROZ, FREDERICK J. AND MROZ, DORA L. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******1820 | **Checking Acct #:** | ******7101 |
| **Co-Debtor Taxpayer ID #:** | ******1821 | **Account Title:** | |
| **For Period Beginning:** | 3/30/2012 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/11/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $5,000.00 | $5,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,000.00 | $5,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $5,000.00 | $5,000.00 | |

**For the period of 3/30/2012 to 7/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/02/2012 to 7/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-12871-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | MROZ, FREDERICK J. AND MROZ, DORA L. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1820 | | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | ******1821 | | Account Title: | |
| For Period Beginning: | 3/30/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $5,000.00 | $5,000.00 | $0.00 |

**For the period of 3/30/2012 to 7/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/30/2012 to 7/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |